# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21mj3635-MDD |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Vyvianna M. Quinonez | Booking No. N/A |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 9/17/2021 the Court entered the following order:

    ☐ Defendant be released from custody.

    ☐ Defendant placed on supervised / unsupervised probation / supervised release.

    ☐ Defendant continued on supervised / unsupervised probation / supervised release.

    ☐ Defendant released on _____ Bond posted.

    ☒ Defendant appeared in Court. FINGERPRINT & RELEASE.

    ☐ Defendant remanded and ( ___ bond ) ( ___ bond on appeal ) exonerated.

    ☐ Defendant sentenced to TIME SERVED, supervised release for ___ years.

    ☐ Bench Warrant Recalled.

    ☐ Defendant forfeited collateral.

    ☐ Case dismissed.

    ☐ Case dismissed, charges pending in case no.

    ☐ Defendant to be release to Pretrial Services for electronic monitoring.

    ☐ Other.

MITCHELL D. DEMBIN

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by D. Sutton x. 5973

Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

Firefox　　　　　　　　　　　　　　　　　　　　　　　　　https://outlook.office365.com/mail/deeplink?popoutv2=1&version=202...

## Read: 21mj3635 - ABSTRACT (Vyvianna Quinonez)

on behalf of

Fri 9/17/2021 2:24 PM

**To:** Danielle Sutton <Danielle_Sutton@casd.uscourts.gov>

📎 1 attachments (66 KB)
Read: 21mj3635 - ABSTRACT (Vyvianna Quinonez);

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.