1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. _____

12           Plaintiff,
                                       I N F O R M A T I O N
13
                                       Count 1: 18 U.S.C. § 113(a)(6):
14           v.                        Assault Resulting in Serious
                                       Bodily Injury (Felony); 49 U.S.C.
15                                     § 46506: Application of Certain
                                       Criminal Laws to Acts on Aircraft
16  VYVIANNA QUINONEZ,
                                       Count 2: 49 U.S.C. § 46504:
17           Defendant.                Interference with Flight Crew
                                       Members and Attendants (Felony);
18                                     49 U.S.C. § 46501: Special
                                       Aircraft Jurisdiction of the
19                                     United States

20

21       The Acting United States Attorney charges:

22                              Count 1

23       On or about May 23, 2021, within the special aircraft jurisdiction

24  of the United States, namely, Southwest Airlines Flight 700, in flight,

25  traveling   from   Sacramento   International   Airport   to   San   Diego

26  International Airport, and within the jurisdiction of the Southern

27  District of California, defendant VYVIANNA M. QUINONEZ assaulted S.L.

28  causing S.L. to suffer serious bodily injury, in violation of Title

1  18, United States Code, Section 113(a)(6) and Title 49, United States

2  Code, Section 46506(1).

3                              Count 2

4      On May 23, 2021, within the special aircraft jurisdiction of the

5  United States, namely, Southwest Airlines Flight 700, in flight,

6  traveling from Sacramento International Airport to San Diego

7  International Airport, and within the jurisdiction of the Southern

8  District of California, defendant VYVIANNA M. QUINONEZ, by assaulting

9  and intimidating a flight crew member and flight attendant of Southwest

10 Airlines Flight 700, interfered with the performance of the duties of

11 the member and attendant and lessened the ability of the member and

12 attendant to perform those duties, in violation of Title 49, United

13 States Code, Sections 46501 and 46504.

14

15 DATED:  September 20, 2021.

16

17                                    RANDY S. GROSSMAN
                                     Acting United States Attorney

18                                   *Jaclyn Stahl*

19
                                     JACLYN STAHL
20                                   MEGAN ROSSI
                                     Assistant U.S. Attorneys

21

22

23

24

25

26

27

28